**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

**CIVIL MINUTES -- GENERAL**

Case No.    **CV 24-5239-JFW(Ex)**                                    Dated: September 12, 2024

Title:    Zhiwei Chen -v- Allstate Northbrook Indemnity Company

---

**PRESENT:**

**HONORABLE JOHN F. WALTER, UNITED STATES DISTRICT JUDGE**

| | |
|---|---|
| Shannon Reilly | None Present |
| Courtroom Deputy | Court Reporter |

| ATTORNEYS PRESENT FOR PLAINTIFFS: | ATTORNEYS PRESENT FOR DEFENDANTS: |
|---|---|
| None | None |

**PROCEEDINGS (IN CHAMBERS):**   **ORDER TAKING UNDER SUBMISSION DEFENDANT ALLSTATE NORTHBROOK INDEMNITY COMPANY'S MOTION FOR JUDGMENT ON THE PLEADINGS [filed 8/15/24; Docket No. 30]; and**

**ORDER TAKING UNDER SUBMISSION PLAINTIFF'S MOTION TO REMAND [filed 8/15/24; Docket No. 35]**

Defendant Allstate Northbrook Indemnity Company's Motion for Judgment on the Pleadings and Plaintiff Zhiwei Chen's Motion to Remand are currently on calendar for September 16, 2024, at 1:30 p.m. Pursuant to Rule 78 of the Federal Rules of Civil Procedure and Local Rule 7-15, the Court finds that these matters are appropriate for decision without oral argument. The hearing calendared for September 16, 2024, is hereby vacated and the matters are taken off calendar. The matters will be deemed submitted on the vacated hearing date and the clerk will notify the parties when the Court has reached a decision.

IT IS SO ORDERED.

Initials of Deputy Clerk  sr